# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154656

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 154656
                                        COA: 325530
                                        Saginaw CC: 14-039757-FC

TERRANCE DEMON-JORDAN THOMAS, JR.,
      Defendant-Appellant.
_____/

      By order of May 31, 2017, the prosecuting attorney was directed to answer the application for leave to appeal the September 13, 2016 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, it appearing to this Court that the case of *People v Chatman* (Docket No. 155184) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



d0906

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



Clerk